**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:12-CV-329-JHM-CHL**

**SHERITA AUTREY,**                                                              **Plaintiff,**

v.

**LOUISVILLE METRO POLICE DEPARTMENT, et al.,**           **Defendants.**

## SETTLEMENT REPORT AND RECOMMENDATION

A settlement conference was conducted before the undersigned Magistrate Judge on September 4, 2015, with the following appearances:

    FOR PLAINTIFF:         Sherita Autrey; counsel Gregory Simms.

    FOR DEFENDANTS:      Leslie Faust, Robert Wilson; counsel B. Frank Radmacher.

Settlement negotiations were conducted in good faith and the parties were able to reach an agreement for the resolution of all claims. The parties agreed to execute a detailed settlement agreement and release.

Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within thirty (30) days after entry of an order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

cc: Counsel of record

6:30