UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

Civil Action No. 3:12-CV-329-JHM

SHERITA AUTREY                                                                                          PLAINTIFF

V.

LOUISVILLE METRO POLICE DEPARTMENT, ET AL                              DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

# AGREED ORDER OF DISMISSAL

Come now the parties to the above action, by counsel, and pursuant to their joint motion,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants, Officer Miranda Cole; Officer Billy Shaw; Chief Steve Conrad and Louisville/Jefferson County Metro Police Department, shall be dismissed with prejudice, each party to be responsible for his/her/its own costs.

HAVE SEEN AND AGREED:

 /s/ B. Frank Radmacher, III
B. FRANK RADMACHER, III
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, KY 40202
*Counsel for Defendant*

/s/ Aaron R. Esmailzadeh with permission
Aaron R. Esmailzadeh
*Counsel for Plaintiff*

/s/ Gregory D. Simms with permission
Gregory D. Simms
*Counsel for Plaintiff*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

April 12, 2016